# Court of Appeals
# of the State of Georgia

ATLANTA, __April 16, 2013__

*The Court of Appeals hereby passes the following order:*

**A13A0713.  PAUL F. LATHAM v. DAWN C. ALVIN.**

This case was docketed in this Court on December 3, 2012, and Paul F. Latham was required to file a brief by December 24, 2012.  OCGA §  5-6-40; Rule 22 (a).  Having failed to do so, his appeal is hereby dismissed.





*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,* 04/16/2013
   *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
   *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____, *Clerk.*